1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANTHONY KURTIS WILSON,              ) NO. CV 09-09187 DMG (SS)
                                         )
12                  Petitioner,          )
                                         )
13            v.                         )          **JUDGMENT**
                                         )
14   KATHLEEN L. DICKINSON, Warden,      )
                                         )
15                  Respondent.          )
     _____ )

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: March 15, 2011

25                                     _____

26                                     DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE

27

28